UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 16-20040 |
| JEREMY HOOVER, | ) |
| Defendant. | ) |

### MOTION TO CONTINUE

The United States of America by its attorneys, Patrick D. Hansen, Acting United States Attorney for the Central District of Illinois, and Bryan D. Freres, Assistant United States Attorney, hereby respectfully moves this Court to continue the trial scheduled in this matter for July 18, 2017. In support, the undersigned states the following:

The United States of America is anticipating a superseding indictment to be filed by the end of this week. The government requests a continuance of the trial until after the completion of the new charges in case No. 16-cr-20040. Counsel for the government has obtained defendant's consent to this continuance.

Wherefore, the government respectfully requests this Court to continue the revocation hearing scheduled in this matter to a date following the completion of defendant's case in 17-cr-20017.

Respectfully submitted,

PATRICK D. HANSEN
ACTING UNITED STATES ATTORNEY


 s/ Bryan D. Freres
BRYAN D. FRERES
Assistant U.S. Attorney
United States Attorney's Office
201 S. Vine Street, Suite 226
Urbana, IL  61802
(217) 373-5875

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send copies to all parties of record.

                                          s/ Bryan D. Freres
                                          Bryan D. Freres
                                          Assistant United States Attorney
                                          201 S. Vine St., Suite 226
                                          Urbana, IL 61802
                                          Phone:  217-373-5875
                                          Fax:  217-373-5891
                                          bryan.freres@usdoj.gov